# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANDREWS,<br><br>        Plaintiff,<br><br>   v.<br><br>J. D. LOZANO, et al.,<br><br>        Defendants. | Case No. 1:12-cv-00699-AWI-DLB PC<br><br>**ORDER DENYING MOTIONS REQUESTING SERVICE** (ECF Nos. 9, 14)<br><br>**ORDER DISREGARDING MOTION TO AMEND COMPLAINT** (ECF No. 12) |

   Plaintiff David Andrews ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil action filed pursuant to 42 U.S.C. § 1983. On June 26, 2012 and August 29, 2012, Plaintiff filed motions requesting that the United States Marshal serve process on the Defendants named in his complaint. ECF Nos. 9, 14. On August 29, 2012, Plaintiff filed a motion to amend his complaint. ECF No. 12.

   Plaintiff's motions for service are denied. Pursuant to the Court's First Informational Order, the Marshal will not be directed to serve process until after the Court has screened Plaintiff's complaint pursuant to 28 U.S.C. §§ 1915A(a) and 1915(e)(2)(B). May 4, 2012 Order ¶ 12, ECF No. 3. Plaintiff's complaint will be screened in due course.

   Plaintiff's motion to amend is disregarded as unnecessary. Plaintiff may amend his complaint once as a matter of course. Fed. R. Civ. P. 15(a).

IT IS SO ORDERED.

   Dated:   **November 15, 2012**          /s/ *Dennis L. Beck*
                                            UNITED STATES MAGISTRATE JUDGE

1